1  KINDRA DENEAU (State Bar No. 024156)
2  7135 East Camelback Rd., Suite 230
   Scottsdale, Arizona 85251
3  Telephone:  (480) 306-5977
4  Facsimile:  (602) 626-3504
   kdeneau@lemberglaw.com
5

6  *Of Counsel to*
   Lemberg & Associates LLC
7  A Connecticut Law Firm
8  1100 Summer Street
   Stamford, CT  06905
9  Telephone:  (203) 653-2250
10 Facsimile:  (203) 653-3424

11 Attorneys for Plaintiffs,
12 Lee & Connie Warren

13
                    UNITED STATES DISTRICT COURT
14
                     FOR THE DISTRICT OF ARIZONA
15

16 | Lee & Connie Warren,              | Case No.: 3:12-cv-08015-JAT
17 |                                   |
   |         Plaintiffs,               | **NOTICE OF SETTLEMENT**
18 |                                   |
19 |     vs.                           |
20 | United Recovery Systems, L.P.; and|
21 | DOES 1-10, inclusive,             |
22 |                                   |
   |         Defendants.               |
23

24                       **NOTICE OF SETTLEMENT**

25     NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have
26
27 reached a settlement.  The Plaintiffs anticipate filing a notice of withdrawal of
28

---

1  Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R.
2  Civ. P. 41(a) within 60 days.
3
4       RESPECTFULLY SUBMITTED this 23rd day of February, 2012.
5
6
7  LEMBERG & ASSOCIATES, LLC

8   */s/ Kindra Deneau*
  KINDRA DENEAU
9
10 Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On February 23, 2012, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on February 23, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | Ronald Metcho, Esq.<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>1845 Walnut Street<br>Philadelphia, Pennsylvania 19103<br>**Attorney for Defendants United Recovery Systems, L.P.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

1   Executed on February 23, 2012.

                                         /s/ Joshua Markovits
                                        JOSHUA MARKOVITS
                                        Paralegal to Kindra Deneau